BERTHA HUBERT et al., Respondents, *v.* CARLL TUCKER, Appellant, Impleaded with Another.

Argued June 4, 1937; decided July 13, 1937.

*Everett W. Bovard* and *Henry L. Ugnetta* for appellant (in Fisher action).

*Edgar J. Treacy, William H. Stieglitz* and *Patrick S. Mason* for appellant (in Hubert action).

*Samuel L. Sargent* and *Isidor Enselman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.